IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JASON DANIEL MENDELSON,

      Petitioner,

v.                         Case No. 5:16cv85-MW/EMT

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

      Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 29, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 37. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. In so ruling, this Court notes that Petitioner has now abandoned grounds four and ground six of his petition. ECF No. 37. The Clerk shall enter judgment stating, "The amended petition for writ of habeas corpus, ECF No. 6, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall

1

close the file.

      **SO ORDERED on December 12, 2018.**

                                       **<u>s/Mark E. Walker</u>**
                                       **Chief United States District Judge**